# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

09-3765

Debbie Milliron v. T-Mobile USA Inc

2-08-cv-04149

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: March 23, 2011

cc:

James E. Cecchi, Esq.
Jacob A. Goldberg, Esq.
Christopher B. Hockett, Esq.
D. J. Powers, Esq.
Gavin J. Rooney, Esq.
Lindsey H. Taylor, Esq.
Jeffrey L. Weinstein, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.